IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIMOTHY J. FREELAND,

Defendant.                                                  No. 10-30124-DRH

ORDER

HERNDON, Chief Judge:

Before the Court is Defendant Freeland's Motion to Continue Sentencing Hearing (Doc. 30). Specifically, Defendant requests that his sentencing hearing currently scheduled for January 7, 2011 be continued for a month because his case has been reassigned to another federal public defender and he needs additional time to review several unique issues involved in this case. Accordingly, based on the reasons set forth in the motion, the Court **GRANTS** Defendant's motion to continue (Doc. 30). The sentencing currently set for January 7, 2011 is continued until **February 4, 2011 at 10:00 a.m.**

**IT IS SO ORDERED.**

Signed this 29th day of December, 2010.

David R. Herndon
2010.12.29
09:50:17 -06'00'

**Chief Judge**
**United States District Court**